UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brian C. Nicholas
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
SST as Servicing agent for Medallion Bank

In Re:
    Cottman, Josette M

Order Filed on February 20, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No: 17-31958 JNP

Hearing Date: February 20, 2018

Judge: Jerrold N. Poslusny

| Recommended Local Form: | ☐ Followed | ☐ Modified |
|---|---|---|

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 20, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of <u>SST as Servicing agent for Medallion Bank</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐ Real Property More Fully Described as:

■ Personal Property More Fully Describes as:

**2006 Bass Cat Classic, VIN: BASZ6541A606; 2006 Mercury Optimax Vin: 1B300438 and 2006 Bass Cat, VIN: 458BJ212861009066,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*